# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2332.  MICHAEL LONCKE v. MILAGROS RUIS.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Michael Loncke appealed the magistrate court's decision to the superior court.  The superior court found in favor of the plaintiff, and Loncke filed this direct appeal.  We, however, lack jurisdiction.

Because the order at issue concerns a de novo appeal from a magistrate court decision, Loncke was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  His failure to do so deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/15/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*